UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUY MCEACHIN,<br><br>Plaintiff,<br><br>-against-<br><br>BELLEVUE HOSPITAL, ET AL.,<br><br>Defendant. | 25-cv-2278 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 3, 2026, order, this action is dismissed for the following reasons: (1) dismissal of all of Plaintiff's claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted, *see* § 1915(e)(2)(B)(ii); and (2) declination of consideration, under the Court's supplemental jurisdiction, of Plaintiff's claims under state law, including any claims of medical malpractice, without prejudice to Plaintiff's asserting such claims in a state court action, *see* 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: August 17, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge